**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YOUNG YIL JO, <br><br> Plaintiff, <br><br> v. <br><br> SIX UNKNOWN NAMES AGENTS, et al., <br><br> Defendants. | Case No.: 1:13-cv-01559-AWI-SAB (PC) <br><br> FINDINGS AND RECOMMENDATIONS RECOMMENDING TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE <br><br> (ECF No. 1) <br><br> FOURTEEN-DAY DEADLINE |

Plaintiff Young Yil Jo filed this civil rights pursuant to 42 U.S.C. § 1983 on September 26, 2013.  Plaintiff is currently in the custody of the Etowah County Jail in Gadsden, Alabama.

To date, Plaintiff Young Yil Jo has filed over one-hundred fifty civil cases in this district.  The complaint filed in this action is not signed and it sets forth no intelligible claims for relief, and fails to state any cognizable claims under federal law.  Ashcroft v. Iqbal, 556 U.S. 662, 677-668 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007).  Given this litigant's abusive filing practices in this district, and the utterly incoherent pleading before the Court, leave to amend is not warranted.  Lopez v. Smith, 203 F.3d 1122, 1130 (9th Cir. 2000).  Federal courts, as all courts, are for the serious presentation of cases in which litigants wish to have their matters heard.  Plaintiff is not one who takes this claim with any serious indication that he intends to pursue a righteous claim.

As for dismissing this case with prejudice, this Plaintiff has filed over one hundred and fifty civil cases in this district and in a variety of names involving the similar claims and similar lack of any facts which comport with the Federal Rules of Civil Procedure.  Plaintiff has been admonished by

1

numerous judges of this court and yet still heeds no warning.  This Court's previous case involving Plaintiff warned him that the filing of frivolous claims with no basis in law or fact may result in monetary sanctions.  (1:13-cv-00750-AWI-SAB, ECF No. 2.)  The Court will issue a separate sanctioning order in addition to dismissing Plaintiff's claim with prejudice.

Accordingly,

    IT IS HEREBY RECOMMENDED that this action be DISMISSED WITH PREJUDICE.

    This Findings and Recommendation is submitted to the assigned United States District Court Judge, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Within **fourteen (14)** days after being served with a copy, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation."  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **September 30, 2013**

UNITED STATES MAGISTRATE JUDGE

2